1  Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
   andrea.schulewitch@washoeschools.net
2  Kevin A. Pick, Esq., Nev. Bar No. 11683
   kevin.pick@washoeschools.net
3  WASHOE COUNTY SCHOOL DISTRICT
   P.O. Box 30425
4  Reno, NV 89520-3425
   Telephone:  775-348-0300
5  Fax:  775-333-6010
   Attorneys for Defendant Washoe County School District

6

7                        UNITED STATES DISTRICT COURT

8                    IN AND FOR THE DISTRICT OF NEVADA

9  JAMES BENTHIN, an individual,               CASE NO.: 3:24-cv-00428-ART-CSD

10        Plaintiff,

11        vs.                                   **STIPULATION AND ORDER TO
                                                EXTEND TIME TO RESPOND TO
                                                FIRST AMENDED COMPLAINT**
12  WASHOE COUNTY SCHOOL DISTRICT,
    a political subdivision of the State of Nevada;   **(FIRST REQUEST)**
13  DOES   I   through   XX,   and   ROE
    CORPORATIONS I through XX,
14
          Defendants.
15  _____/

16        COMES NOW, Defendant Washoe County School District (District) and Plaintiff James

17  Benthin, by and though their respective counsel of record, and hereby stipulate and agree,

18  pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the

19  deadline for the District's answer or response to Plaintiff's First Amended Complaint. This

20  Stipulation is based on the following:

21        1.    Plaintiff served his Complaint and Jury Demand (Complaint) on September 24,

22  2024 (ECF No. 1).

23  ///

24  ///

1

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

2.      On October 11, 2024, the Parties stipulated (ECF No. 9) and the Court Ordered (ECF No. 10) that the Complaint be sealed as it inadvertently contains the name of a minor child in violation of Local Rule IC 6-1.  The Court tolled the deadline to respond to the Complaint and gave Plaintiff 14-days to file an amended complaint. (ECF No. 10)

3.      Plaintiff filed his First Amended Complaint and Jury Demand (First Amended Complaint) omitting the minor's name on October 21, 2024 (ECF No. 12).

4.      The District's deadline to respond to the First Amended Complaint is Tuesday, November 12, 2024.

5.      The incident in question and the gravamen of Plaintiff's First Amended Complaint is memorialized on video maintained by the District.  This video and information related to it is juvenile justice information and is confidential under Nevada law.  *See* NRS Chapter 62H.

6.      The District is in the process of seeking approval from the juvenile court to release the protected juvenile justice information in this case under a Stipulated Protective Order.

7.      The Parties stipulate and agree that the District shall have seven (7) days to file a responsive pleading to the First Amended Complaint from the date the District receives the juvenile court's order addressing the requested release of the pertinent juvenile justice information.

8.      The Parties stipulate and agree that it is in their mutual best interest to extend the deadline for the District's answer or response to Plaintiff's First Amended Complaint.

9.      This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

2

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1    10.    This is the Parties' first request for an extension to respond to the First Amended

2  Complaint.

3  DATED this 5ᵗʰ day of November, 2024.          DATED this 5ᵗʰ day of November, 2024.

4  CHATTAH LAW GROUP                               JOEY GILBERT LAW

5  By: /s/Sigal Chattah, Esq.                      By: /s/Joseph S. Gilbert, Esq.
      SIGAL CHATTAH, ESQ.                              JOSEPH S. GILBERT, ESQ.
6     5875 S. Rainbow Blvd. #203                       405 Marsh Avenue
      Las Vegas, Nevada 89118                          Reno, Nevada 89509
7     Tel: (702) 360-6200                              Tel: (775) 284-7700
      Fax: (702) 643-6292                              Fax: (775) 284-3809
8     Chattahlaw@gmail.com                             Joey@joeygilbertlaw.com
      Co-Counsel for James Benthin                     Co-Counsel for James Benthin
9

10  DATED this 5ᵗʰ day of November, 2024.         DATED this 5ᵗʰ day of November, 2024.

11  JEPSEN LAW, PLLC                               WASHOE COUNTY SCHOOL DISTRICT
                                                   OFFICE OF THE GENERAL COUNSEL
12
    By: /s/Kendra J. Jepsen, Esq.                  By: /s/Andrea L. Schulewitch, Esq.
13     KENDRA J. JEPSEN, Esq.                          Andrea L. Schulewitch, Esq.
       405 Marsh Avenue                                andrea.schulewitch@washoeschools.net
14     Reno, Nevada 89509                              Kevin A. Pick, Esq.
       (775) 376-7070                                  kevin.pick@washoeschools.net
15     Kendra@JepsenLawNV.com                          P.O. Box 30425
       Co-Counsel for James Benthin                    Reno, Nevada 89520-3425
16                                                     Attorneys for Defendants

17     IT IS SO ORDERED:

18

19     DATED:  November 6, 2024     _____
                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

3