1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BENTHIN an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I through XX, and ROE CORPORATIONS I through XX,<br><br>           Defendants. | Case No.: 3:24-cv-00428-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION  REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

18
19
20
21
22
23
24
25
26
27
28

1

Plaintiff, JAMES BENTHIN ("Plaintiff") and Defendant, WASHOE COUNTY SCHOOL DISTRICT ("Defendant"), hereby agree and stipulate to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss First Amended Complaint with Prejudice (ECF No. 17) (the "Motion"), filed on February 28, 2025. Plaintiff's current deadline to file a response to the Motion is Friday, March 14, 2025. The parties have agreed to allow Plaintiff up to and including **March 28, 2025**, in which to file his response.

The extension was requested by Plaintiff to sort out certain administrative matters within the case and granted as a professional courtesy by Defendant. This is the first request for an extension of time to respond to Defendant's Motion. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: March 13, 2025 | Dated: March 13, 2025 |
| Respectfully submitted, | Respectfully Submitted, |
| /s/Kendra J. Jepsen<br>KENDRA J. JEPSEN, ESQ.<br>JEPSEN LAW, PLLC | /s/Andrea Schulewitch<br>ANDREA L. SCHULEWITCH, ESQ.<br>KEVIN A. PICK, ESQ.<br>WASHOE COUNTY SCHOOL |
| JOSEPH S. GILBERT, ESQ.<br>JOEY GILBERT LAW | DISTRICT, OFFICE OF THE<br>GENERAL COUNSEL |
| SIGAL CHATTAH, ESQ.<br>CHATTAH LAW | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

DATED: March 13, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2