# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BENTHIN, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I through XX; and ROE CORPORATIONS XX.<br><br>    Defendants. | CASE NO.: 3:24-cv-00428-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br>**(SECOND REQUEST)** |

    Plaintiff, JAMES BENTHIN ("Plaintiff") and Defendant, WASHOE COUNTY SCHOOL DISTRICT ("Defendant"), hereby agree and stipulate for the second time to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss First Amended Complaint with Prejudice (ECF No. 17) (the "Motion"), filed on February 28, 2025. Plaintiff's current deadline to file a response to the Motion is Friday, March 28, 2025. The parties have agreed to extend the time for Plaintiff to file his opposition until Monday, March 31, 2025. The parties have also agreed to continue the time for the Defendant to file its reply memorandum until April 28, 2025.

    This is the second request for an extension of time pertaining to Defendant's Motion. Good cause supports the granting of this stipulation. Plaintiff seeks a short extension of time due to the complexity of the issues raised by Defendant in its motion to dismiss, the press of other work that had to be done on emergency basis, and family

-1-

obligations. Good cause supports extending the time for Defendant to file its reply, in light of the extensions that it has graciously permitted to Plaintiff. This request is made in good faith and not for the purpose of delay.

Dated: March 28, 2025								Dated: March 28, 2025

Respectfully submitted,							Respectfully submitted,

/s/ *Steve Shevorski, Esq.*							*/s/ Andrea Schulewitch, Esq.*
Adam R. Fulton, Esq.							Andrea L. Schulewitch, Esq.
Steve Shevorski, Esq.							Kevin A. Pick, Esq.
JENNINGS & FULTON, ESQ.						WASHOE COUNTY SCHOOL DISTRICT,
Kendra J. Jepsen, ESQ.							OFFICE OF THE GENERAL COUNSEL
JEPSEN LAW, PLLC							*Attorneys for Defendant*
*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Judge

DATED: March 31, 2025

-2-