ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
E-mail: steve@jfnvlaw.com
JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BENTHIN, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I through XX; and ROE CORPORATIONS XX.<br><br>  Defendants. | CASE NO.: 3:24-cv-00428-ART-CSD |

### JAMES BENTHIN'S MOTION FOR HIS COUNSEL TO APPEAR REMOTELY VIA ZOOM AT THE CASE MANAGEMENT CONFERENCE ON APRIL 8, 2025

Plaintiff, James Benthin ("Benthin"), by and through his counsel, Adam R. Fulton, Esq. and Steve Shevorski, Esq., of JENNINGS & FULTON, LTD, respectfully moves for leave to allow his counsel, Steve Shevorski, Esq., to appear remotely via Zoom on April 8, 2025 at 10:00 a.m. for the Court's Case Management Conference.

Good cause exists to permit a remote Zoom appearance. This Court set an in-person

1  Case Management Conference on March 3, 2025. At that time, all counsel for all parties
2  resided in Reno, Nevada. Mr. Shevorski recently substituted in as co-counsel for Benthin
3  on March 28, 2025. ECF No. 22. He is based in Las Vegas, Nevada, and so, it would be
4  costly to travel to the Case Management Conference. Mr. Shevorski also has school age
5  children that he is responsible for delivering to school. Given these issues, Mr. Shevorski
6  respectfully requests leave to attend the Court's Case Management Conference remotely
7  via Zoom.

Dated: April 3, 2025

**JENNINGS & FULTON, LTD.**

By: */s/ Steve Shevorski, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: April 3, 2025.

_____
Craig S. Denney
United States Magistrate Judge